**Order entered February 14, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00924-CV

## DAX STEVENS, Appellant

## V.

## DARYL LAUHOFF, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06376-C**

## ORDER

Before the Court is appellant's February 12, 2020 unopposed second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **February 26, 2020**.

/s/    BILL WHITEHILL
       JUSTICE